NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DENISE D. SOLES,**

*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee.*

---

2011-7124

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-0471, Judge Alan G. Lance, Sr.

---

**JUDGMENT**

---

SANDRA E. BOOTH, of Columbus, Ohio, argued for claimant-appellant.

ELIZABETH M. HOSFORD, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for the respondent-appellee. With her on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and BRIAN SIMKIN, Assistant Director. Of counsel on the brief were MICHAEL J. TIMINSKI, Deputy Assistant General Counsel, and Y. KEN LEE, Attorney, United States Department of Veterans Affairs, of Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, REYNA, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| March 12, 2012 | /s/ Jan Horbaly |
| --- | --- |
| Date | Jan Horbaly |
| | Clerk |